UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>   Alfonso Muniz Jr<br>   Erin M Muniz<br>        Debtor(s) | Case No. 12-38680 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/28/2012.

2) The plan was confirmed on 12/07/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 02/07/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was completed on 02/01/2016.

6) Number of months from filing to last payment: 40.

7) Number of months case was pending: 43.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $43,575.00.

10) Amount of unsecured claims discharged without payment: $20,101.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $27,679.08 |
| Less amount refunded to debtor | $455.09 |
| **NET RECEIPTS:** | **$27,223.99** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,091.32 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,591.32** |
| Attorney fees paid and disclosed by debtor: | $1,000.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALLERGY ASTHMA MEDICAL | Unsecured | 92.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN COLLECTION | Unsecured | 973.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| BUREAUS INVESTMENT GROUP POR | Unsecured | 4,620.00 | NA | NA | 0.00 | 0.00 |
| BUREAUS INVESTMENT GROUP POR | Unsecured | 4,800.00 | 5,142.56 | 5,142.56 | 5,142.56 | 0.00 |
| CAPITAL ONE AUTO FINANCE/NBS | Secured | 7,140.39 | 7,140.39 | 7,140.39 | 7,140.39 | 532.91 |
| CENTRAL DUPAGE EMERGENCY PH | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL 1 | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE PHYSICIAN GROU | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS MEDICAL GROUP | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CONTROL | Unsecured | 688.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE MEDICAL GROUP | Unsecured | 241.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE NEUROSURGERY | Unsecured | 1,307.00 | NA | NA | 0.00 | 0.00 |
| H&R ACCOUNTS INC | Unsecured | 282.00 | NA | NA | 0.00 | 0.00 |
| H&R ACCOUNTS INC | Unsecured | 423.00 | NA | NA | 0.00 | 0.00 |
| H&R ACCOUNTS INC | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| H&R ACCOUNTS INC | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| HEALTH LAB | Unsecured | 880.00 | NA | NA | 0.00 | 0.00 |
| LOU HARRIS | Unsecured | 1,953.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL PAYMENT DATA | Unsecured | 9.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 182.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 327.00 | NA | NA | 0.00 | 0.00 |
| MIDFIRST BANK/MIDLAND MORTGA | Secured | 13,000.00 | 3.87 | 3.87 | 3.87 | 0.00 |
| MIDFIRST BANK/MIDLAND MORTGA | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MIDWEST SPORTS AND PAIN | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| NEUROMED | Unsecured | 665.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PEDIATRIC FACULTY FOUNDATION | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 850.00 | 893.68 | 893.68 | 893.68 | 0.00 |
| RPM COLLECTION | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| SHORT TERM LOAN | Unsecured | 600.00 | 598.68 | 598.68 | 598.68 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Secured | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 44.39 |
| SPRINGLEAF FINANCIAL SERVICES | Unsecured | 4,000.00 | NA | NA | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Unsecured | NA | 301.08 | 301.08 | 301.08 | 0.00 |
| STRATFORD ORTHOPEDICS & REHA | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| TOM J MILLER DDS | Unsecured | 279.00 | NA | NA | 0.00 | 0.00 |
| VANDA LLC | Unsecured | 860.00 | 931.19 | 931.19 | 931.19 | 0.00 |
| VANDA LLC | Unsecured | 1,687.00 | 1,787.20 | 1,787.20 | 1,787.20 | 0.00 |
| VILLAGE OF HANOVER PARK | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF HANOVER PARK | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO DEALERS SERVICES | Secured | 7,836.03 | 4,578.51 | 4,578.51 | 4,578.51 | 678.21 |
| WEST CENTRAL ANESTHESIOLOGY | Unsecured | 208.00 | NA | NA | 0.00 | 0.00 |
| WEST CHICAGO POLICE DEPT | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| WHEATON EYE CLINIC | Unsecured | 193.00 | NA | NA | 0.00 | 0.00 |
| WILLIAMS PATHOLOGY CONSULTAI | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| WINFIELD LABORATORY CONSULTA | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| WINFIELD RADIOLOGY CONSULTAN | Unsecured | 285.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $3.87 | $3.87 | $0.00 |
| Debt Secured by Vehicle | $11,718.90 | $11,718.90 | $1,211.12 |
| All Other Secured | $1,000.00 | $1,000.00 | $44.39 |
| **TOTAL SECURED:** | **$12,722.77** | **$12,722.77** | **$1,255.51** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$9,654.39** | **$9,654.39** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $3,591.32 |
| Disbursements to Creditors | $23,632.67 |
| **TOTAL DISBURSEMENTS** : | **$27,223.99** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/25/2016      By: /s/ Glenn Stearns  
                                                                             Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**